**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RASEAN JOHNSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO; and DOES 1 THROUGH 5, inclusive,<br><br>Defendants. | Case No.   17-cv-410-L-NLS<br><br>JUDGMENT<br><br>Judge:  Hon. Judge M. James Lorenz<br>Court Room: 5B<br>Trial:  May 21-24, 2019 |

This action is before the Court after a jury verdict was rendered on May 24, 2019 and entered on May 29, 2019 [doc. no. 81]. The trial on Plaintiff's remaining retaliation claim commenced on May 21, 2019. An eight-person jury was impaneled and sworn. Evidence was presented May 22 and 23. Closing arguments were delivered May 24, 2019, after which the jury returned a unanimous verdict in Plaintiff's favor. The verdict form was signed by the presiding juror and the Court polled the jury to confirm their verdict.

On June 28, 2019, the parties' joint motion to reduce the damages awarded by the Jury verdict consistent with the statutory cap on compensatory damages for a Title VII claim [doc. no. 84]. The same day, the parties requested the Court enter judgment according to Federal Rule of Civil Procedure 58 [doc. No. 86]. These motions have been granted in accordance with the judgment below.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant City of San Diego and against Plaintiff Rasean Johnson on the Plaintiff's Discrimination and Hostile Work Environment claims.
2. Judgment is entered in favor of Plaintiff Rasean Johnson and against Defendant City of San Diego on the Plaintiff's claim of Retaliation in the amount of $300,000.00 for past non-economic damages.

Any costs or fees awarded shall be determined by ensuing motion practice.

**IT IS SO ORDERED.**

Dated: July 2, 2019

*signature*
Hon. M. James Lorenz
United States District Judge